United States District Court
Southern District of Texas
**ENTERED**
September 12, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JEANETTE SLAUGHTER, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. G-12-018 |
| COLLEGE OF THE MAINLAND, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On even date herewith, this Court in a Opinion and Order granted the Motion for Summary Judgment of Defendant College of the Mainland.

It is, therefore, **ORDERED** and **ADJUDGED** that Plaintiff, Jeanette Slaughter, **RECOVER** nothing, that the action is **DISMISSED WITH PREJUDICE** on the merits, and that each party bear their own costs.

**THIS IS A FINAL JUDGMENT**.

**SIGNED** at Galveston, Texas, this ___12th___ day of September, 2016.

_____
JOHN R. FROESCHNER
UNITED STATES MAGISTRATE JUDGE